IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-245-F

| | | |
|---|---|---|
| JUDITH LOSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant The Home Depot U.S.A., Inc.'s Motion for Summary Judgment [DE-30]. At the time of its filing, Defendant did not file a memorandum in support of the motion, in violation of Local Civil Rule 7.1(d). Instead, Defendant filed a Motion to Extend Deadline [DE-31], seeking an extension of time to file a memorandum in support of the motion, which the court allowed. Defendant had until July 12, 2015, to file its supporting memorandum. The deadline has passed, and Defendant has failed to file any additional material in support of the motion for summary judgment.

Accordingly, the Motion for Summary Judgment [DE-30] is DENIED without prejudice. Because the deadline for filing dispositive motions has passed, Defendant may only file a renewed motion for summary judgment (which is properly supported) if it first seeks leave of court under the applicable civil rules.

SO ORDERED.     This the 15'' day of July, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge

2

Case 5:14-cv-00245-F   Document 33   Filed 07/15/15   Page 2 of 2